

| | | |
|---|---|---|
| **The Hon. Sylvia O. Hinds-Radix**<br>*Corporation Counsel* | **T**HE **C**ITY OF **N**EW **Y**ORK<br>**LAW<br>DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | **Martha Nimmer**<br>*Special Assistant Corporation Counsel*<br>Cell: (917) 499-8632 |

October 23, 2023

<u>**VIA ECF**</u>
Hon. Arun Subramanian
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re: *Y.H. v. New York City Dep't of Educ.*, 23-cv-2702 (RA)(SLC)

Dear Judge Subramanian:

  I am a Special Assistant Corporation Counsel in the office of Corporation Counsel, the Hon. Sylvia O. Hinds-Radix, attorney for Defendant in the above-referenced action, wherein Plaintiff seeks solely attorneys' fees, costs and expenses for legal work on an administrative hearing under the Individuals with Disabilities Education Act, 20 U.S.C. §1400 ("IDEA"), *et seq.*, as well as for this action.

  I write to respectfully request a 6-week extension of Defendant's time to respond to the complaint, from October 26, 2023 to December 7, 2023, as well as a 7-week adjournment of the initial conference, from November 17, 2023 to January 5, 2024.  Plaintiff consents to this request.  This is the third request for an answer extension and the first request for an adjournment of the initial conference.  The first request was made on April 18, 2023 and granted by Judge Abrams the following day.  The second request was made on July 21, 2023 and granted by Judge Abrams on July 24, 2023.  The requested extension and adjournment will give Defendant time to receive settlement authority and then make an initial settlement offer to Plaintiff.

      Accordingly, Defendant respectfully requests that the answer deadline be extended to December 7, 2023 and the initial conference be adjourned to January 5, 2024.

      Thank you for considering these requests.

Respectfully submitted,

_____/s/_____

Martha Nimmer, Esq.
Special Assistant Corporation Counsel

cc:    Samantha Hartman, Esq. (via ECF)

Defendant's request is GRANTED. Defendant shall respond to the complaint no later than December 7, 2023. The initial conference is rescheduled to January 5, 2024 at 10:15 AM. No further extensions will be granted.

The Clerk of Court is directed to terminate the motion at ECF No. 12.

SO ORDERED.

Arun Subramanian, U.S.D.J.
Date: October 24, 2023