UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Y.H. and A.H., individually, and on behalf of
their son, Y.H.,

Plaintiffs,

-against-

NEW YORK DEPARTMENT OF
EDUCATION,

Defendant.

23-cv-2702 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

Pursuant to the Court's August 8, 2023 Order, ECF No. 11, the parties were required to file a joint letter, the contents of which are described therein, as well as a proposed Civil Case Management Plan and Scheduling Order, no later than the Thursday of the week prior to the conference date. To date, the parties have not done so. As a courtesy, that deadline is hereby EXTENDED, *nunc pro tunc*, to **January 3, 2024.**

If this case has been settled or otherwise terminated, counsel are not required to submit such a letter or to appear for the conference, provided that a stipulation of discontinuance, voluntary dismissal, or other proof of termination is filed on the docket prior to the date of the conference, using the appropriate ECF Filing Event. See SDNY ECF Rules & Instructions §§ 13.17-13.19 & App'x A, available at https://www.nysd.uscourts.gov/electronic-case-filing.

SO ORDERED.

Dated: December 29, 2023
New York, New York

ARUN SUBRAMANIAN
United States District Judge